# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

133358(74)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEVEN PRICE,
      Plaintiff-Appellant,

v

                                   SC: 133358
                                   COA: 257577
DEPARTMENT OF TRANSPORTATION,    Court of Claims: 01-018063-MT
      Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917